**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6536**

MICHAEL BRUNELL FLANIGAN,

              Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA; HARLEY LAPPIN; OFFICER SMITH;
LIEUTENANT BROE; BOP; LIEUTENANT NEGRON; A. JOSEPH; D.
TOWNES; R.E. HOLT; T. THOMAS; VANESSA ADAMS; KAREN WHITE;
HARRELL WATTS; DR. B. RICE,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Mark S. Davis, District
Judge.  (2:08-cv-00446-MSD-TEM)

Submitted:  August 26, 2009          Decided:  September 2, 2009

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Michael Brunell Flanigan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Brunell Flanigan appeals the district court's order dismissing his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), without prejudice for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Flanigan v. United States, No. 2:08-cv-00446-MSD-TEM (E.D. Va. filed Mar. 6, 2009 & entered Mar. 9, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2